## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
# AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
William Spencer Reingold

**BANKRUPTCY NO.** 2:16–bk–21857–SK

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7556
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 11/10/16

**Address:**
8010 Truxton Ave
Los Angeles, CA 90045

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)    The case is dismissed.

2)    The automatic stay is vacated.

3)    Any discharge entered in this case is vacated.

4)    The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: November 10, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23b–odmwab VAN–23) Rev. 11/09

**19 / WTC**