United States Bankruptcy Court
Central District of California

In re:                                                                        Case No. 16-21857-SK
William Spencer Reingold                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: wtoliverC          Page 1 of 1          Date Rcvd: Nov 10, 2016
                             Form ID: van23b          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db            +William Spencer Reingold,    8010 Truxton Ave,    Los Angeles, CA 90045-2923
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37321621       WELLS FARGO HOME MORTGAGE,    PO BOX 51120,    LOS ANGELES CA 90051-5420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: EDD.COM Nov 11 2016 02:18:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Nov 11 2016 02:18:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
37437483       EDI: WFFC.COM Nov 11 2016 02:18:00     Wells Fargo Bank, N.A.,
               C/O Wells Fargo Bank, N.A., as servicer,   Default Document Processing N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                          TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
         Kathy A Dockery (TR)    efiling@CH13LA.com
         United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                 TOTAL: 2

## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
## AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
William Spencer Reingold

**BANKRUPTCY NO.** 2:16−bk−21857−SK

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7556
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 11/10/16

**Address:**
8010 Truxton Ave
Los Angeles, CA 90045

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: November 10, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23b−odmwab VAN−23) Rev. 11/09

**19 / WTC**